# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Dominique Stinson, et al.

                                      Plaintiff,

v.                                                        Case No.: 1:20−cv−04603
                                                                Honorable John J. Tharp Jr.

LCS Community Employment LLC, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 3, 2021:

      MINUTE entry before the Honorable John J. Tharp, Jr:For the reasons described in the accompanying order and statement, the defendant's Motion to Stay [32] is granted and its Motion to Dismiss [29] is denied without prejudice. Enter Order. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.